1  STEPHEN L. BURTON (State Bar No. 113748)
Law Offices of Stephen L. Burton
2  15260 Ventura Boulevard
Suite 640
3  Sherman Oaks, California 91403
Telephone: (818) 501-5055
4  Facsimile:  (818) 501-5849

5  Attorney for Creditor, Stephen L. Burton

6

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11                              )    Case No. SV05-21066KT
                                )
12  CARR, DANIEL PATRICK         )
                                )    COMPLAINT FOR DENIAL OF DISCHARGE
13            Debtor             )    [11 U.S.C. §727]
                                )
14                              )
                                )
15 ————————————————————)
   STEPHEN L. BURTON            )
16                              )
            PLAINTIFF,          )
17                              )
   vs.                          )
18                              )
   DANIEL PATRICK CARR          )
19                              )
            DEFENDANT           )
20                              )
                                )
21

22

23      Plaintiff STEPHEN L. BURTON ("BURTON") hereby alleges:

24                   **JURISDICTION/VENUE**

25      1.   This is an adversary proceeding arising in this bankruptcy case.  This adversary

26  proceeding is brought by Burton for Denial of Discharge [11 U.S.C. §727];

27      2.   This Court has jurisdiction of this adversary proceeding under 28 U.S.C. §§157 and

28  1334.

3.     This complaint is a core proceeding under 28 U.S.C. §157(b)(2)(A),(B), (I), (J), (K), and (O).

4.     On or about October14, 2005, Defendant Daniel P. Carr ("CARR") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code, Case No.  Central District of California, Woodland Hills Division.

5.     Burton is a resident of the City of Los Angeles, Sate of California.

6.     Carr is a resident of the City of Los Angeles, State of California.

### FIRST CLAIM OF RELIEF

### (Denial of Discharge, 11 U.S.C. §727)

7.     Plaintiff incorporates by referenced paragraphs 1 through 6 of this Complaint as though fully set forth herein.

8.     Carr's actions were undertaken with the intent to hinder, delay, or defraud Burton and other creditors.  This conduct includes transferring, removing, destroying, mutilating or concealing property of the debtor or the estate.  Burton is informed and believes that Carr has concealed assets.

9.     Further, Carr has concealed, destroyed, mutilated, falsified, or failed to keep or preserve recorded information, including books, documents, records and papers from which his financial condition or business transactions might be ascertained.

10.     Further, Carr's conduct constitutes a knowing and fraudulent false oath or account in connection with the case.  And, Carr has failed to explain satisfactorily the loss of assets and deficiency of assets to meet his liabilities.  Based on this Complaint and according to proof, therefore Carr is not entitled to a discharge under 11 U.S.C. §727.

**WHEREFORE**, BURTON prays for judgment as set forth below.

///

///

///

///

-2-

1

## REQUEST FOR RELIEF

2  **WHEREFORE**, BURTON prays for judgment as follows:

3      1.   That Carr's discharge be denied under 11. U.S.C. §727;

4      2.   For such other and further relief as the court deems just and proper.

5  DATED: March _10_ , 2006          LAW OFFICES OF STEPHEN L. BURTON

6

7                          BY: _____

8                          STEPHEN L. BURTON, Attorney for

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

