```
DANIEL P. CARR         ORIGINAL
6845 NEWCASTLE AVE.
RESEDA, CA 91335

Tel. 818 776 0042

Debtor in Pro-persona
```

LODGED NOV 21 2006 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

FILED NOV 21 2006 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: SV 05-21066 KT (Chapter 7) |
| CARR, DANIEL PATRICK | Adv. No. 06-01135-KT |
| Debtor | DEBTORS OBJECTION TO PROPOSED ORDER TO DISMISS ACTION |
| STEPHEN L. BURTON | |
| PLAINTIFF, vs. | DATE: November 21, 2006 |
| DANIEL P. CARR | TIME: 4:00 pm |
| DEFENDANT | PLACE: Courtroom 301 21041 Burbank Blvd. Woodland Hills, CA |

To the Court, to Plaintiff Steven L. Burton, to all other parties in interest:

Take notice that Defendant Daniel P. Carr, does hereby object to the Plaintiffs' Order to Dismiss this adversary action, as being insufficient.

Defendant, Daniel P. Carr hereby respectfully submits to the court an Order to Dismiss that would sufficiently cover the inconvenience to this Court and to Defendant Carr.

Plaintiff has shown no evidence to substantiate any his claim for relief as in his "FIRST CLAIM FOR RELIEF", as shown below.

-1-

1    <u>Item 8</u>. "conduct of transferring, removing, destroying, mutilating

2    or concealing property of the debtor or the estate".

3    <u>Item 9.</u> "concealed, destroyed, mutilated, falsified, or failed to

4    keep or preserve recorded information, including books, documents,

5    records and papers", as to his financial condition or business

6    transactions.

7    <u>Item 10</u>. Debtor Carr, "Carr conduct constitutes a knowing and

8    fraudulent false oath or account in connection with the case."

9    Plaintiff Carr has sufficiently explained to the Court that he was

10   rendered bankrupt due to the mal-practice of Plaintiff Steven L.

11   Burton, in representing him and then abandoning his legal

12   representation of Carr and leaving him to flounder, representing

13   himself with only (1) court calendar day before a trial that ended

14   in Plaintiff Carr beining adjudged a fraud and ordering him to pay

15   in excess of $250,000.00, to parties he barely knew.

16       The prayer of Plaintiff BURTON is one of further relief as the

17   court deems just and proper and on the ADVERSARY PROCEEDING SHEET,

18   his demand for monetary relief as appears on cover sheet is

19   $2,250,000.00 ", DEMAND $ 250,000, demand explanation of reverse

20   side of cover sheet.

21       **WHEREFORE, CARR** prays for judgment as set forth below.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  WHEREFORE, CARR prays for judgment as follows:

2      1. That discharge of this instant Bankruptcy Petition proceed
3  and plaintiffs "COMPLAINT FOR DENIAL OF DISCHARGE", be denied.

4      2. For such other and further relief as stated in the
5  Defendant Carrs' submitted order and as the court deems just and
6  proper.

8  DATED: _NOVEMBER 15, 2006_      By: _____
    Daniel P. Carr
9      Defendant in Pro-persona

10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

-3-

## CORE PROCEEDING ORDER

1. For good cause showing, it is so ordered that Plaintiff, Stephen L. Burtons', complaint is hereby dismissed and sanctions be adopted and applied upon Plaintiff Burton in the following amounts.
2. 1. Defendant Carr be awarded Costs according to proof.
3. 2. All Court costs be paid as the accounting Clerk of this court determines to be accurate.
4. 3. Plaintiff shall pay Defendant Carr an amount of $ _____ that amount being equivalent to the demand made by Plaintiff.

DATED: _____    By: _____
KATHLEEN THOMPSON
UNITED STATES BANKRUPTCY JUDGE

*(handwritten: Not Signed)*

-4-

**DECLARATION OF SERVICE BY PERSONAL SERVICE**

**(U.S. BANKRUPTCY COURT, CENTRAL DISTRICT, LOCAL RULE 105(3)(a)**

Abel Salinas, the undersigned, hereby declares:

Declarant is a citizen of the United States and is self-employed at 6845 Newcastle Ave., Reseda, Ca. 91335. Declarant is over the age of 18 and not a party to the within action.

On November 21, 2006, I caused to be served in court the within <u>DEBTORS OBJECTION TO PROPOSED ORDER AND ORDER</u> upon plaintiff Stephen L. Burton.

Further on November 21, 2006 I served the within <u>DEBTORS OBJECTION TO PROPOSED ORDER AND ORDER</u> upon the parties interested in said action by mailing, with postage thereon fully prepaid, a true comp thereof to said partys at their known address, to wit;

Office of the U.S. Trustee
21051 Warner Center Lane, #115
Woodland Hills, CA 91367

Amy L. Goldman, Trustee
221 N. Figueroa St., #1200
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United Stated the foregoing is true and correct.

Executed at Reseda, California on November 21, 2006

*[signature]*
Abel Salinas